1022

No. 86–1795. KONDRAT *v.* BYRON ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–1798. ATCHISON *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 86–1799. INTERNATIONAL SOUND TECHNICIANS, CINETECHNICIANS & TELEVISION ENGINEERS OF THE MOTION PICTURE & TELEVISION INDUSTRIES, LOCAL 695, ET AL. *v.* MOTION PICTURE & VIDEOTAPE EDITORS GUILD ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1801. HUNTZINGER *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 86–1808. COSTIGAN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 86–1811. ANEST ET AL. *v.* LAKE COUNTY, ILLINOIS, ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 86–1814. PINNER *v.* SCHMIDT ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–1832. TATA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–1848. SHELTON ET UX., DBA UNIVERSITY VILLAGE MUSIC CENTER *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–1859. PROCTOR HOPSON POST MEMORIAL ASSN., INC. *v.* CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 86–1881. BARCELONA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–1886. COOPER STEVEDORING CO., INC., ET AL. *v.* AETNA CASUALTY & SURETY CO. Sup. Ct. Ala. Certiorari denied.

No. 86–1897. FINN *v.* FINN. Sup. Jud. Ct. Me. Certiorari denied.